# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL A. SAN FILIPO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHRISTY CRAIG, DISTRICT JUDGE,
Respondents,
and
PATRICK BISCHEL,
Real Party in Interest.

No. 82125

FILED

MAR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss in a contract action. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1196 (2020) (setting forth the requisites for issuance of mandamus relief); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Christy Craig, District Judge
Olson, Cannon, Gormley, & Stoberski
Law Office of Timothy P. Thomas, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A